**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**
**Civil Minutes - Telephone Conference**

Civil No. **1:11-cv-782-HJW**          at **COVINGTON**          **9/4/2013**

**Freeman Moore v. CSX Transportation, Inc., et al**

BEFORE: **HON. J. GREGORY WEHRMAN, MAGISTRATE JUDGE**

No Court Reporter

No Courtroom Deputy

ATTORNEY FOR PLAINTIFF          ATTORNEY FOR DEFENDANT

David Lockard                   James W. Turner
Mike Olley


   After receipt of an email from plaintiff's attorney suggesting that the settlement conference set for 9/5/2013 may be a waste of time and money, the Court spoke to both parties' counsel ex parte and with consent.  As a result of those discussions, the Court concurs and accordingly;

   **IT IS ORDERED:**

   1.      Settlement conference scheduled for 9/5/2013 is VACATED;

   2.      In the event the parties wish to reschedule this conference, counsel shall notify the Court with mutually agreeable dates.

| TIC | | 25 |
|-----|--|----|